# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Target Location #1: 2855 Statesman Way,<br>Apt. 109, Franklin, WI | Case No.    20    MJ    160 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the     Eastern     District of     Wisconsin
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before           *(not to exceed 14 days)*
❐ in the daytime 6:00 a.m. to 10:00 p.m.    ❐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Honorable William E. Duffin    .
*(United States Magistrate Judge)*

❐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❐ for _____ days *(not to exceed 30)*    ❐ until, the facts justifying, the later specific date of _____.

Date and time issued:    June 16, 2020 at 10:15 AM

*Judge's signature*

City and state:    Milwaukee, Wisconsin       Honorable WIlliam E. Duffin, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>I3-20-0018 | Date and time warrant executed:<br>06-23-2020, 6:00 a.m. | Copy of warrant and inventory left with:<br>Tykel SPEARS |
| Inventory made in the presence of :<br>Audreille DODD | | |

Inventory of the property taken and name(s) of any person(s) seized:

    U.S. Currency

    Misc. Jewelry
    Glock handgun
    marijuana
    two cellular telephones

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07-16-2020

*SA Scott Marlow*

*Executing officer's signature*

SA Scott Marlow

*Printed name and title*

# ATTACHMENT A

Locations to be Searched

**Target Location #1: 2855 Statesman Way, apt. 109, Franklin, WI,** more fully described as a three story apartment building, constructed of white stucco, brown siding and a flat roof. The numerals "2855" appear on the side of the building on the right side of the west entry door. Apartment 109 is located on the ground level, with the numerals 109 next to the west entry door. The residence has an underground garage.





**Target location #2: 2442 N. 53 St, Milwaukee, WI,** more fully described as a two story residence with a brown colored shingle roof, blue siding and a west entry front door. The numerals 2442 are displayed to the left front/west door.



**Target location #3: 2465 N. 37 St, Milwaukee, WI,** is described as a two story residence with a gray colored shingle roof, tan and an east entry front door. The numerals 2465 are displayed above of the front/east door.



## ATTACHMENT B

Items to be Seized

1. Paraphernalia associated with the manufacture and distribution of controlled substances including but not limited to materials and items used for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, funnels, sifters, grinders, glass panes and mirrors, razor blades, plastic bags, and heat-sealing devices.

2. Duffel, canvas bags, suitcases, safes, or other containers to hold or transport controlled substances and drug trafficking related items and proceeds.

3. Proceeds of drug trafficking activities, such as United States currency, precious metals, financial instruments, and jewelry, and documents and deeds reflecting the purchase or lease of real estate, vehicles, precious metals, jewelry or other items obtained with the proceeds from drug trafficking activities.

4. Firearms, ammunition, magazines, gun boxes, firearm purchase records or receipts, and other paraphernalia associated with firearms.

5. Bank account records, loan documents, wire transfer records, money order receipts, postal express mail envelopes, bank statements, safe deposit box keys and records, money containers, financial records and notes showing payment, receipt, concealment, transfer, or movement of money generated from the sale of controlled substances, or financial transactions related to the trafficking of controlled substances.

6. Drug or money ledgers, drug distribution or customer lists, drug supplier lists, correspondence, notations, logs, receipts, journals, books, records, and other documents noting the price, quantity, and/or times when controlled substances were obtained, transferred, sold, distributed, and/or concealed.

7. Personal telephone books, address books, telephone bills, photographs, letters, cables, telegrams, facsimiles, personal notes, receipts, documents and other items or lists reflecting names, addresses, purchases, telephone numbers, addresses and communications regarding illegal activities among and between members and associates involved in drug trafficking activities.

8. Records of off-site storage locations, including but not limited to safe deposit box keys and records, and records and receipts and rental agreements for storage facilities.

9. Cellular telephones, Smartphones, text messaging systems, and other communication devices, and any and all records associated with such communications services used to commit drug trafficking offenses.

10. Records, items and documents reflecting travel for the purpose of participating in drug trafficking activities, such as passports, airline tickets, bus tickets, vehicle rental receipts, credit card receipts, taxi cab receipts, hotel and restaurant receipts, canceled checks, maps, and records of long distance calls reflecting travel.

11. Indicia of occupancy, residency or ownership of the premises and things described in the warrant, including utility bills, telephone bills, loan payment receipts, rent receipts, trust deeds, lease or rental agreements, addressed envelopes, escrow documents and keys.

12. Photographs, videotapes or other depictions of assets, firearms, coconspirators, or controlled substances.

13. Computers or storage media used as a means to commit the violations or store any of the information described above.